[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
4/18/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
APR 0 6 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Calvin Leon Louis

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

(PC05744)
Timothy Dotson #21093
Gorman TL #455 (PC05318)
Huels, T.D. (PC0AB41) #6623
Berecz T.D. (PC0AT47) #14844
City of Chicago

Case No: 18 C 0338
(To be supplied by the Clerk of this Court)

Judge: Sharon Johnson Coleman

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:    **AMENDED COMPLAINT**

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: Calvin Leon Louis
   B. List all aliases: _____
   C. Prisoner identification number: 20170724225
   D. Place of present confinement: Cook County Jail
   E. Address: P.O. Box 089002 Chicago, Il 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Timothy Dotson (PC05744) #21093
      Title: PC05744
      Place of Employment: C.P.D. Chicago, Il

   B. Defendant: Goeman TL #455
      Title: PC05318 Supervisor
      Place of Employment: C.P.D. Chicago Il

   C. Defendant: Huels TD #6623
      Title: PC0AB91
      Place of Employment: C.P.D Chicago Ill

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                         Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant: Berecz T.D.

Title: PCOAT47

Place of Employment: C.P.D Chicago, Ill

Defendant: City of Chicago

Title: Municapality

Place of Employment: Chicago, Ill

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: _____
  _____

  B. Approximate date of filing lawsuit: _____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
  _____
  _____
  _____

  D. List all defendants: _____
  _____
  _____
  _____

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

  F. Name of judge to whom case was assigned: _____
  _____

  G. Basic claim made: _____
  _____
  _____

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
  _____
  _____

  I. Approximate date of disposition: _____

*(N/A written across section III)*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:18-cv-00338 Document #: 13 Filed: 04/18/18 Page 5 of 11 PageID #:66

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The record clearly reflect that the alledged victim accused someone else at the outcry to (detectives, Doctor, mother) and then interacted with countless adults about this abuse family-members, DCFS workers, and my sworn enemy the mother's 25yr old daughter.

The record reflects that only after having spent relevant time with this person did the alledged victims accuse plaintiff.

The record also reflects that the other alledged victim accused no one at the 1st interview, and then she too returned home, interacted with other adults including the 25yr old daughter, and then made statements identifying Plaintiff as the perpetrator.

The facts of the case reflects that detective Atson had full knowledge of these fishy circumstances and also knew that the mother stated that she didn't believe the alledged victims were being truthful. One can only wonder why the mother didn't believe the children up untill the detective, DCFS, and other adults interviewed

4

Revised 9/2007

the mother. Information puts the mother at home and not at work for (9 months) because of an injury at work. Alledged dates of occurrences 2-16 — 5-17, so by dropping 9 months and only charging for the last 4 months changes a lot of the circumstances surrounding the statements, gives the mother an alibi, prosecution a witness, otherwise the statements become just that much more unreliable, the children did say that the mother was always at work when these alledged acts happened.

The record reflects that the alledged victims statements were so unreliable that a warrant would not be issued by the duty Judge ADAM Bourgeois especially since the mother had stated her disbelief.

Information has it that plaintiff did have an out-standing active warrant for a seperate offense in Bridgeview when detective Dotson/Gorman (Supervisor) decided to issue an investigative alert w/ probable cause to arrest which at the time would have been Justified, but plaintiff was arrested on 7-2-17 on this warrant, this warrant was then quashed and plaintiff was released from Cook County Jail (7-6-17). So now plaintiff had no warrants and Plaintiff was not subject to re-arrest, w/o Probable cause.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The information is that an investigative alert is a C.P.D. City wide electronic notification that a person of interest is wanted for questioning, with or without probable cause to arrest, this policy or custom of C.P.D. does not require any Judicial process all that is required is a supervisors signature who is neither Judicial or detached.

Plaintiff was re-arrested on 7-21-17 on this investigative alert by officers #6633 Hueis T.D. and #14844 Berecz T.D. who claimed they possessed no knowledge of the facts underlying the investigative alert, because plaintiff asked the officers at the time of arrest why plaintiff being arrested? they simply answered because plaintiff had an active investigative alert and that's all they knew. Plaintiff was transported to 007th district for processing plaintiff don't recall any miranda being read nor was plaintiff allowed to make any phone calls until the detectives interviewed plaintiff, and no one had any information that they shared with plaintiff concerning plaintiff's arrest. Before the Grand Jury, detective Dotson, withheld relevant information that was necessary for a fair and reliable determination finding of probable cause. Detective Dotson also knew of the volitile relationship plaintiff had with the complaining witnesses daughter 25yr old. The record also indicate that the arrest report reflects that detective Dotson had a meeting with the Duty Judge on 7-23-17 at 19:01 ADAM Bourgeois no warrant has yet to be issued. plaintiff has suffered distress and hardships because of these charges and detention which plaintiff knows are false and lacks probable cause to charge.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief for Arrest and detention $3,000.00 a day have suffered enormous distress anxiety mentally and physically.

VI. The plaintiff demands that the case be tried by a jury. 9 (YES) 9 NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 3 day of 30, 20 18

_____
(Signature of plaintiff or plaintiffs)

Calvin L Louis
(Print name)

20170724225
(I.D. Number)

Cook County Jail
P.O. Box 089002
Chicago IN 60608
(Address)



DUTY Judge refused to issue warrant because their was no reliability safeguards in place. By the alledged victims accusing someone else and then going home, no one knows who the alledged victims talked to. Insufficent safeguards of reliability there was none in play. Some one decided to circumvent due process, violate my Constitutional rights and arrest and charge defendant with no probable cause established

**Chicago Police Department - ARREST Report**

CB #: 19511663
LOUIS, Calvin

## ARREST REPORTING

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #6623 | HUELS, T D (PC0AB91) | 21 JUL 2017 23:17 | |
|---|---|---|---|---|

**ARRESTING OFFICER(S):**

| | | | | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #6623 | HUELS, T D (PC0AB91) | | 0767B |
| 2nd Arresting Officer: | #14844 | BERECZ, T D (PC0AT47) | | 0767B |

**APPROVING SUPERVISOR:**

| Approval of Probable Cause: | #455 | GORMAN, T L (PC0J318) | 21 JUL 2017 23:46 |
|---|---|---|---|


nonJudiciary member

---

Print Generated By: DOTSON, Timothy ( PC0S744 )   Page 3 of 6   09 OCT 2017 10:12
powered by: CLEAR Technology

Calvin ~~Kennibrew~~
#20170724225
Cook County Jail
P.O. Box 089002
Chicago, Il 60608

2018 APR -6 AM 8:28

04/06/2018-38

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn St, 20th Floor
Chicago, Ill 60604

Case No: 18 C 0338
Judge: Sharon Johnson Coleman